B6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### District of Oregon

olsendaines.com

In re    Michael Charles Norton,
         Michelle Jean Norton
                                                    Debtors,

Case No.   14-64386

Chapter          7

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 62,130.17 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 314.75 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 83,239.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,883.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,894.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| | | Total Assets | 62,130.17 | | |
| | | | Total Liabilities | 83,554.19 | |

# United States Bankruptcy Court
## District of Oregon

olsendaines.com

In re  Michael Charles Norton,
       Michelle Jean Norton,
                                          Debtors

Case No. __14-64386__

Chapter __7__

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 314.75 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 314.75 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | 2,883.00 |
| Average Expenses (from Schedule J, Line 22) | 2,894.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 3,604.61 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 314.75 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 83,239.44 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 83,239.44 |

B6B (Official Form 6B) (12/07)

olsendaines.com

In re Michael Charles Norton, Case No. __14-64386__
Michelle Jean Norton
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash on hand | J | 20.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account: Checking 1640<br>Location: Rogue Credit Union<br>29620 Ellensburg Ave.<br>Gold Beach, OR 97444-8701 | J | 390.54 |
| | | | Savings Account: Savings Account 1640-00<br>Location: Rogue Credit Union<br>29620 Ellensburg Ave.<br>Gold Beach, OR 97444-8701 | J | 5.00 |
| | | | Other: HSA:Health Savings Account 0296<br>Location: JPMorgan Chase Bank N. A.<br>HSA Service Center<br>PO Box 30207<br>Tampa, FL 33630 | J | 306.62 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit Held By Landlord | J | 700.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furniture | J | 1,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books-Music: Books, CD's, DVD's, 2 Guitars, Flute, Piccolo<br>Location: 94202 6th St. Apt. 1 Gold Beach, OR 97444 | J | 700.00 |
| 6. | Wearing apparel. | | Clothes: Attire For Self And Spouse.<br>Location: 94202 6th St. Apt. 1 Gold Beach, OR 97444 | J | 100.00 |
| 7. | Furs and jewelry. | | Jewelry: Wedding Rings<br>Location: 94202 6th St. Apt. 1 Gold Beach, OR 97444 | J | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

| | Sub-Total > (Total of this page) | 4,222.16 |
|---|---|---|

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Michael Charles Norton,
       Michelle Jean Norton                                    Case No.  __14-64386__
_____,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Retirement: 401k<br>Location: Merrill Lynch | H | 8,752.01 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Wages Owed (approx. amount) | H | 599.00 |
| | | Wages Owed (approx. amount) | W | 122.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | Sub-Total > | 9,473.01 |
|---|---|---|
|  | (Total of this page) |  |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   Michael Charles Norton,
        Michelle Jean Norton,
                                                                    Case No.   14-64386
                                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Medical Insurance Reimbursement | H | 45,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Chevrolet Cavalier (165,413 Miles) Location: 94202 6th Street Gold Beach | J | 1,280.00 |
| | | 2005 Dodge Neon (117,329 Miles) Location: 94202 6th Street Gold Beach | J | 2,155.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >   48,435.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

In re   Michael Charles Norton,
       Michelle Jean Norton                                                ,    Case No.   14-64386

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 62,130.17 |

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

olsendaines.com

In re  Michael Charles Norton,
       Michelle Jean Norton,

Case No. ___14-64386___

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
- ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | 11 U.S.C. § 522(d)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account: Checking 1640 Location: Rogue Credit Union 29620 Ellensburg Ave. Gold Beach, OR 97444-8701 | 11 U.S.C. § 522(d)(5) | 390.54 | 390.54 |
| Savings Account: Savings Account 1640-00 Location: Rogue Credit Union 29620 Ellensburg Ave. Gold Beach, OR 97444-8701 | 11 U.S.C. § 522(d)(5) | 5.00 | 5.00 |
| Other: HSA:Health Savings Account 0296 Location: JPMorgan Chase Bank N. A. HSA Service Center PO Box 30207 Tampa, FL 33630 | 11 U.S.C. § 522(d)(5) | 306.62 | 306.62 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security Deposit Held By Landlord | 11 U.S.C. § 522(d)(5) | 700.00 | 700.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furniture | 11 U.S.C. § 522(d)(3) | 1,500.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books-Music: Books, CD's, DVD's, 2 Guitars, Flute, Piccolo Location: 94202 6th St. Apt. 1 Gold Beach, OR 97444 | 11 U.S.C. § 522(d)(3) | 700.00 | 700.00 |
| **Wearing Apparel** | | | |
| Clothes: Attire For Self And Spouse. Location: 94202 6th St. Apt. 1 Gold Beach, OR 97444 | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Furs and Jewelry** | | | |
| Jewelry: Wedding Rings Location: 94202 6th St. Apt. 1 Gold Beach, OR 97444 | 11 U.S.C. § 522(d)(4) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement: 401k Location: Merrill Lynch | 11 U.S.C. § 522(d)(12) | 100% | 8,752.01 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Wages Owed (approx. amount) | 11 U.S.C. § 522(d)(5) | 599.00 | 599.00 |
| Wages Owed (approx. amount) | 11 U.S.C. § 522(d)(5) | 122.00 | 122.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

olsendaines.com

In re  Michael Charles Norton,
       Michelle Jean Norton,
                                                         Debtors

Case No.  14-64386

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Medical Insurance Reimbursement | 11 U.S.C. § 522(d)(5) | 10,000.00 | 45,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Chevrolet Cavalier (165,413 Miles)<br>Location: 94202 6th Street<br>Gold Beach | 11 U.S.C. § 522(d)(5) | 1,280.00 | 1,280.00 |
| 2005 Dodge Neon (117,329 Miles)<br>Location: 94202 6th Street<br>Gold Beach | 11 U.S.C. § 522(d)(2) | 2,155.00 | 2,155.00 |
| | Total: | 27,130.17 | 62,130.17 |

Sheet  1  of  1  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

**United States Bankruptcy Court** olsendaines.com
**District of Oregon**

In re: Michael Charles Norton / Michelle Jean Norton, Debtor(s)

Case No. 14-64386
Chapter 7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: April 2, 2015  Signature: /s/ Michael Charles Norton
Michael Charles Norton
Debtor

Date: April 2, 2015  Signature: /s/ Michelle Jean Norton
Michelle Jean Norton
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

CERTIFICATE OF MAILING

IN RE: Michael and Michelle Norton
CASE NO. 14-64386-fra7

    I hereby certify that I served the preceding amended Summary of Schedules, Schedules B and C, and the Declaration Concerning Debtor's Schedules by mailing a true copy thereof, certified by me as such, to the following:

Vanesa Pancic, Trustee
Via CMECF

US Trustee, Eugene
Via CMECF

Michael and Michelle Norton
Via client's preferred email address on file

DATED this __7th__ day of __April__, 2015.

/s/ Matthew A. Casper
Matthew A. Casper, OSB # 062903
Attorney for Debtors

**OlsenDaines**
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393

Case 14-64386-fra7    Doc 24    Filed 04/07/15